In re:  Case No. 23-40181-JJR
Jamison McCoy  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-1      User: admin      Page 1 of 3
Date Rcvd: Mar 10, 2023      Form ID: van002      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jamison McCoy, 408 West Ave, Sylacauga, AL 35150-1846 |
| 11053799 | + | Atlas Rental Property, 2015 3rd Ave N, Birmingham, AL 35203-3301 |
| 11053801 | + | Brnhalfinsrv, 2819 Hwy 145 N., Saltillo, MS 38866-9766 |
| 11053803 | + | Coosa Valley Medical Center, 315 W Hickory St, Sylacauga, AL 35150-2996 |
| 11053811 | | Katapult, 5204 Tennyson Pkwy, #500, New York, NY 10010 |
| 11053813 | + | RMC Stringfellow c/o, PO Box 1686, Greeley, CO 80632-1686 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | ^ | MEBN | Mar 10 2023 23:49:52 | US Attorney General, US Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 |
| 11053798 | + | Email/Text: bankruptcy@acimacredit.com | Mar 10 2023 23:49:00 | Acima Credit, 9815 South Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 11053800 | + | Email/Text: customerservice@brightlending.com | Mar 10 2023 23:50:00 | Bright Lending, P.O. Box 578, Hays, MT 59527-0578 |
| 11053802 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 10 2023 23:57:58 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 11053805 | + | Email/Text: bk@creditcentralllc.com | Mar 10 2023 23:49:00 | Credit Central, 700 East North Street #15, Greenville, SC 29601-3013 |
| 11053806 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 10 2023 23:49:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 11053807 | | Email/Text: corporatecredit@farmersfurniture.com | Mar 10 2023 23:49:00 | Farmers Home Furniture, Attn: Bankruptcy, Po Box 1140, Dublin, GA 31040 |
| 11063098 | | Email/Text: corporatecredit@farmersfurniture.com | Mar 10 2023 23:49:00 | Farmers Home Furniture, Attn: Corporate Credit Department, P.O. Box 1140, Dublin, GA 31040 |
| 11053808 | + | Email/Text: bankruptcy@flagshipcredit.com | Mar 10 2023 23:49:00 | Flagship Credit Acceptance, Attn: Bankruptcy, Po Box 965, Chadds Ford, PA 19317-0643 |
| 11053809 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 10 2023 23:48:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 11053796 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 10 2023 23:48:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 11053810 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 10 2023 23:49:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mceland Road, Saint Cloud, MN 56303 |
| 11060031 | + | Email/Text: FSBank@franklinservice.com | Mar 10 2023 23:48:00 | NES Tennessee Inc CVM, c/o Franklin Service Inc, Po Box 3910, Tupelo, MS 38803-3910 |
| 11053812 | + | Email/Text: bankruptcy@ncaks.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 10 2023 23:48:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 11061178 | | Email/Text: smbk@heightsfinance.com | Mar 10 2023 23:48:00 | COVINGTON CREDIT AL0015, c/o HEIGHTS FINANCE HOLDING CO, ATTN BK, P.O. BOX 1947, GREENVILLE, SC 29602 |
| 11053804 | | Email/Text: smbk@heightsfinance.com | Mar 10 2023 23:48:00 | Covington Credit, Attn: Bankruptcy, Po Box 1947, Greenville, SC 29602 |
| 11053795 | | Email/Text: bankruptcy@revenue.alabama.gov | Mar 10 2023 23:49:00 | Alabama Department of Revenue, 50 N Ripley St, Montgomery, AL 36130 |
| 11063947 | | Email/Text: bankruptcy@revenue.alabama.gov | Mar 10 2023 23:49:00 | Alabama Department of Revenue, Legal Division, P.O. Box 320001, Montgomery, Alabama 36132-0001 |
| 11053814 | + | Email/PDF: pa_dc_claims@navient.com | Mar 10 2023 23:58:00 | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 11053815 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 10 2023 23:49:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 11053816 | + | Email/Text: Bankruptcy.Noticing@Security-Finance.com | Mar 10 2023 23:48:00 | Security Finance, Attn: Bankruptcy/Centralized Bank, Po Box 1893, Spartanburg, SC 29304-1893 |
| 11061101 | | Email/Text: cfry@uabmc.edu | Mar 10 2023 23:48:00 | UAHSF-MSO, P O BOX 55309, BIRMIGHAM, AL 35255-5309 |
| 11053794 | + | Email/Text: bali@badcock.com | Mar 10 2023 23:47:00 | W.S. Badcock, Corporation, P.O. Box 724, Mulberry, FL 33860-0724 |
| 11053817 | | Email/Text: bankruptcytn@wakeassoc.com | Mar 10 2023 23:48:00 | Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 11053818 | + | Email/Text: bankruptcy@westernshamrock.com | Mar 10 2023 23:49:00 | Western Shamrock Corporation, Attn: Bankruptcy, 801 South Abe Street, San Angelo, TX 76903-6735 |
| 11053819 | + | Email/Text: bk@worldacceptance.com | Mar 10 2023 23:49:58 | World Acceptance Corp, Attn: Bankruptcy, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 11053797 | | Monecia McCoy |
| cr | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Linda Baker Gore | noticetrustee@ch13gadsden.com  noticetrustee@ch13gadsden.com |
| Matthew Davis | on behalf of Debtor Jamison McCoy mdavis@alabamabankruptcyrelief.com kdavis@alabamabankruptcyrelief.com;DavisMR96711@notify.bestcase.com;ABRC@ecf.courtdrive.com;kelsey@alabamabankruptcyrelief.com |
| Richard E. O'Neal | on behalf of Creditor Internal Revenue Service USAALN.BANKRUPTCY@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

**In re:**  
Jamison McCoy  
**SSN:** xxx−xx−8421

**Case No.** 23−40181−JJR13  
**Chapter** 13

**Debtor(s)**

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

*22* − Trustee's Motion to Dismiss, in addition to Trustee's Objection to Confirmation of Chapter 13 Plan. (Goreoffice, se)

**Date: Thursday, May 4, 2023**     **Time: 09:30 AM**

**Location: Room 307, Federal Courthouse, 1100 Gurnee Avenue, Anniston, AL 36201**

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance may not be required for hearings on certain matters if a settlement has been reached as approved by all parties and announced to the Court by an attorney prior to the hearing date.

Dated: March 10, 2023

By:

Joseph E. Bulgarella, Clerk  
United States Bankruptcy Court

asc