UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE | |
| | Case No. 23-40181 |
| JAMISON MCCOY | |

## MOTION FOR RELIEF FROM STAY

Comes now ATLAS RENTAL PROPERTY LLC, debtor's present landlord, and moves this Honorable Court for an order granting it relief from the stay and as grounds states:

1. The debtor leases from your movant the property known as 408 West Ave, Sylacauga, AL 35150. The debtor promised to pay $850.00 per month rent plus late fees in the amount of $85.00 if not paid before the fifth day of the month.

2. The debtor filed bankruptcy on 02/21/2023.

3. The debtor owes post-petition rent. The balance due at 04/01/2023 is $1,785.00. Attached are copies of the landlord's affidavit, the lease, and ledger. (Exhibit 1)

4. The landlord asserts he is entitled to an Order Granting him Relief from the Stay so that he may seek possession of his private property.

5. The landlord requests that upon the Stay being lifted that any automatic stay of execution pursuant to Rule 4001(a)(3) be waived for the purpose of seeking possession only.

Wherefore, the landlord requests an Order Granting Relief from Stay and such other relief to which he may be entitled at law and in equity.

Respectfully submitted,

/s/   Larry Darby
Larry E. Darby (DAR009)
Attorney for Creditor
Darby Law Firm, LLC
Post Office Box 3905
Montgomery, Alabama 36109
Tel 334.356.3593
Bankruptcy@AlabamaEvictions.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing upon the following interested parties electronically or by placing a copy of the same in the U.S. Mail on the date that this document was filed in the above case.

Matthew Davis
Attorney for Debtor
P.O. Box 1101
Leads, AL 35094
mdavis@alabamabankruptcyrelief.com

Linda Baker Gore, Trustee
P.O. Box 1338
Gadsden, AL 35902
noticetrustee@ch13gadsden.com

Jamison McCoy
408 West Ave.
Sylacauga, AL 35150

                                                                             **/s/   Larry Darby**
                                                                             **Larry E. Darby**