**Van−014** [Notice of Final Hearing] (Rev. 07/15)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **In re:**<br>Jamison McCoy<br>**SSN:** xxx−xx−8421<br><br>**Debtor(s)** | **Case No.** 23−40181−JJR13<br>**Chapter** 13 |

## NOTICE OF FINAL HEARING

Notice is hereby given that **Atlas Rental Property, LLC,** filed a **Motion for Relief from Automatic Stay** in the above−styled case. The preliminary hearing shall be consolidated with the final evidentiary hearing and parties are to be prepared for trial.

The final hearing will be held to consider and act upon said Motion.

**Date: Thursday, May 4, 2023**   **Time: 10:30 AM**

**Location: Room 307, Federal Courthouse, 1100 Gurnee Avenue, Anniston, AL 36201**

Attendance may not be required for hearings on certain matters if a settlement has been reached as approved by all parties and announced to the Court by an attorney prior to the hearing date.

Dated:   April 13, 2023                                     By:

                                                            Joseph E. Bulgarella, Clerk
                                                            United States Bankruptcy Court

asc